FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2022

No. 04-22-00009-CV

**IN THE INTEREST OF D.R.B. AND E.B.**, Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1988-CI-00019
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's brief was originally due May 25, 2022.  On June 6, 2022, our court issued a letter to appellant's counsel, stating that appellant's brief had not been filed and requiring a response or motion for extension of time to be filed within 10 days.  On June 9, 2022, appellant filed a motion for extension of time to file their brief until July 7, 2022.  After consideration, we **GRANT** the motion and **ORDER** appellant to file their brief **by July 7, 2022.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court